UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.  )<br>)<br>)<br>JOSEPH A. PADILLA, )<br>    Defendant )<br>) | Criminal No. 22-mj-6269-MPK |

**NOTICE OF APPEARANCE**
**ON BEHALF OF JOSEPH A. PADILLA**

Now comes the undersigned counsel and hereby enters his appearance in the above-captioned matter on behalf of Joseph A. Padilla.

Respectfully Submitted,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  September 13, 2022

**Certificate of Service**

I, Robert M. Goldstein, hereby certify that on this date, September 13, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorney James R. Drabick.

**/s/ Robert M. Goldstein**
Robert M. Goldstein

1