UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> )<br>v.        )<br> )<br> )<br>JOSEPH A. PADILLA,   )<br>     Defendant   )<br> ) | Criminal No. 22-mj-6269-MPK |

### Assented-To Motion for
### Temporary Modification of Conditions of Release

Now comes the Defendant, Joseph Padilla, by and through undersigned counsel, and hereby moves the Court for an order temporarily modifying his conditions of release to permit him to leave his residence to have surgery on Tuesday, October 4, 2022, and to permit the removal of his electronic monitoring bracelet for surgical purposes.

As grounds and reasons therefore, the Defendant states the following:

1. On September 9, 2022, the Court allowed Mr. Padilla's continued release on the conditions entered in the Southern District of California, which include participation in the Location Monitoring Program and home detention.  Dkt. Entry dated September 9, 2022; *see also United States v. Padilla*, United States District Court for Southern District of California, Docket No. 22-mj-03090-MSB, Dkt. Entry 8.

2. Mr. Padilla is scheduled to undergo surgery on Tuesday, October 4, 2022, at UCSD Surgical Center of San Diego.  Mr. Padilla has been instructed to report to the admitting desk at 7:15 a.m., located at 4910 Directors Place, Suite 100, San Diego, CA 92121.

3. Medical staff has likewise advised that his electronic monitoring bracelet should be removed prior to surgery "for surgical safety reasons."

4.      Mr. Padilla will of course provide any and all details of his surgery requested by U.S. Probation.

WHEREFORE, the defendant respectfully requests an order temporarily modifying his conditions of release to permit him to leave his residence to have surgery on Tuesday, October 4, 2022, and to permit the removal of his electronic monitoring bracelet for surgical purposes.

### Local Rule 7.1(a)(2) Certification

The parties have conferred and the government, by and through Assistant U.S. Attorney James R. Drabick, assents to the instant motion provided he can confirm details with the U.S. Probation Officer supervising locally in California.

Respectfully Submitted,
The Defendant,
Joseph A. Padilla,
By His Attorney,

**/s/ Robert M. Goldstein**
Robert M. Goldstein, Esq.
Mass. Bar No. 630584
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 742-9015
rmg@goldstein-lawfirm.com

Dated:  September 30, 2022

**Certificate of Service**

    I, Robert M. Goldstein, hereby certify that on this date, September 30, 2022, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorney James R. Drabick.

                                          **/s/ Robert M. Goldstein**
                                          Robert M. Goldstein